

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00208-CV

JIMMIE L. BILLINGSLEY                                                    APPELLANT

V.

CITY OF WHITE                                                              APPELLEE
SETTLEMENT, TEXAS

------------

FROM COUNTY COURT AT LAW NO. 2 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Jimmie L. Billingsley filed a notice of appeal from the county court's judgment assessing $9,800 for the value of his condemned property interest. He filed his brief on August 12, 2011.

On August 15, 2011, we sent Billingsley a letter indicating that upon pre-submission screening, we had determined that his brief did not comply with rule

---

[1]*See* Tex. R. App. P. 47.4.

of appellate procedure 38.1.[2]  *See* Tex. R. App. P. 38.1.  We informed Billingsley that failure to file an amended brief complying with the above rules by August 25, 2011, might result in striking the brief, waiver of noncomplying points, or dismissal of the appeal.  *See* Tex. R. App. P. 38.8(a), 38.9(a), 42.3.  As of September 12, 2011, Billingsley has failed to file an amended brief.  Therefore, we strike his brief filed August 12, 2011, and we dismiss the appeal.  *See* Tex. R. App. P. 38.8(a), 38.9(a), 42.3, 43.2(f).

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED:  October 6, 2011

---

[2]Specifically, Billingsley's brief did not comply with:  rule 38.1(a), in that it did not list all of the parties and counsel; rule 38.1(b), in that it did not contain a table of contents with references to the pages of the brief; rule 38.1(c), in that it did not contain an index of authorities; rule 38.1(d), in that it did not contain a statement of the case with record references; rule 38.1(g), in that it did not contain a statement of facts with record references; rule 38.1(h), in that it did not contain a summary of the argument; rule 38.1(i), in that it did not contain a clear and concise argument for the contentions made, with appropriate citations to legal authorities and to the record; or rule 38.1(j), in that it did not contain a prayer.  *See* Tex. R. App. P. 38.1(a)–(d), (g)–(j).